**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Ana V. Diaz Gonzalez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA V. DIAZ GONZALEZ,<br><br>　　Plaintiff,<br><br>　　v<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　Defendant. | No. CV16-00297 DTB<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of FIVE THOUSAND FOUR HUNDRED DOLLARS and NO CENTS ($5,400.00), and costs under 28 U.S.C. § 1920 in the amount of ZERO DOLLARS ($0.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated: June 2, 2017

_____
THE HONORABLE DAVID J. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1